UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOHN CARRIZALES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-00024 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| ENOCH GEORGE and | ) | |
| FLOYD SEALY, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The plaintiff, an inmate at the Maury County Jail in Columbia, Tennessee, filed a *pro se* action under 42 U.S.C. § 1983 against Sheriff Enoch George and Nurse Floyd Sealy alleging the denial of medical treatment. (Docket No. 1).

The court has before it a Report and Recommendation (R&R) entered on September 13, 2011 (Docket No. 47), recommending that the *pro se* plaintiff's motion for injunctive relief (Docket Nos. 3 and 45) be denied, and the plaintiff's timely objections thereto (Docket No. 52).

After reviewing the pleadings and the record *de novo*, the court agrees with the Magistrate Judge's analysis and recommendation and finds that the plaintiff has not met his burden of showing that the facts and circumstances demand the extraordinary remedy of a preliminary injunction. Therefore, the plaintiff's objections are **OVERRULED**. Accordingly, the R&R is **ADOPTED AND APPROVED**.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge