**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION**

| | | |
|---|---|---|
| JOHN CARRIZALES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:11-0024 |
| | ) | Judge Trauger |
| ENOCH GEORGE and FLOYD SEALY, | ) | |
| | ) | |
|     Defendants. | ) | |

## O R D E R

On January 17, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 69), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss Or, in The Alternative, For Summary Judgement filed by defendant Floyd Sealy (Docket No. 35) and the Motion For Summary Judgment filed by defendant George Enoch (Docket No. 40) are **GRANTED**, and all claims in this case are **DISMISSED WITH PREJUDICE**.

Any appeal from this ruling will not be certified under 28 U.S.C. § 1915(a)(3) as taken in good faith.

It is so **ORDERED**.

ENTER this 15th day of February 2012.

                                            ALETA A. TRAUGER
                                            U.S. District Judge